UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

                                        :

ORTHOGON CHARTER SCHOOL SPECIAL      :
OPPORTUNITIES LLP, et al.,                 :

                                        :                25-CV-7193 (JMF)

                  Plaintiffs,         :

                                        :                  <u>ORDER</u>

           -v-                      :

                                        :

STUART ELLIS et al.,                        :

                                        :

                  Defendants.       :

                                        :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 31, Defendants' earlier motion to dismiss filed at ECF No. 25 is hereby DENIED as moot.  Plaintiffs' opposition to the new motion to dismiss is due by **March 26, 2026**.  Defendants' reply, if any, is due by **April 2, 2026**.  Additionally, the pretrial conference (currently scheduled for September 8, 2026 at 3:00 p.m., *see* ECF No. 27) is ADJOURNED *sine die*.

       The Clerk of Court is directed to terminate ECF No. 25.

       SO ORDERED.

Dated: March 13, 2026
        New York, New York                      _____
                                         JESSE M. FURMAN
                                   United States District Judge